

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Faulk, Brian<br>DEFENDANT(S). | CASE NUMBER<br>SACR13-224-5<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Monday   12/16/13___, at ___9:30___ ☒ a.m. / ☐ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6A___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___12/13/13___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge